FILED

14 JAN 28 AM 11: 52

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNI

DEPU

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JEFFREY HUTCHINGS, <br><br> Petitioner, <br><br> vs. <br><br><br> RALPH DIAZ, Warden, et al. <br><br> Respondents. | CASE NO. 13-CV-1149-BEN (WMC) <br><br> **ORDER:** <br><br> **(1) ADOPTING REPORT AND RECOMMENDATION** <br><br> **(2) DENYING PETITION FOR WRIT OF HABEAS CORPUS** <br><br> **(3) DENYING CERTIFICATE OF APPEALABILITY** <br><br> [Docket No. 23] |

Petitioner William Jeffrey Hutchings, a state prisoner proceeding *pro se*, filed the instant Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Docket No. 1). Respondent filed a Answer on October 18, 2013. (Docket No. 11). Petitioner filed a traverse on December 20, 2013. (Docket No. 22).

Magistrate Judge William McCurine, Jr. issued a thoughtful and thorough Report and Recommendation recommending that the Petition be denied. (Docket No. 23). Any objections to the Report and Recommendation were due January 17, 2014. (*Id.*) Neither party filed any objections. For the reasons that follow, the Report and Recommendation is **ADOPTED**.

A district judge "may accept, reject, or modify the recommended disposition" of a magistrate judge on a dispositive matter. FED. R. CIV. P. 72(b)(3); *see also* 28 U.S.C.

1  § 636(b)(1). "[T]he district judge must determine de novo any part of the [report and

2  recommendation] that has been properly objected to."  FED. R. CIV. P. 72(b)(3).

3  However, "[t]he statute makes it clear that the district judge must review the magistrate

4  judge's findings and recommendations de novo *if objection is made*, but not

5  otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en

6  banc) (emphasis in original); *see also Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th

7  Cir. 2005). "Neither the Constitution nor the statute requires a district judge to review,

8  de novo, findings and recommendations that the parties themselves accept as correct."

9  *Reyna-Tapia*, 328 F.3d at 1121.

10  After a de novo review, and in the absence of any objections, the Court fully

11  **ADOPTS** Judge McCurine's Report and Recommendation. The habeas petition is

12  **DENIED**. The Court **DENIES** a certificate of appealability because the issues are not

13  debatable among jurists of reason and there are no questions adequate to deserve

14  encouragement. *See Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).  The Clerk of

15  Court shall enter judgment denying the Petition.

16  **IT IS SO ORDERED.**

17

18  DATED: January 28, 2014

19  HON. ROGER T. BENITEZ
    United States District Judge

20

21

22

23

24

25

26

27

28